O AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | June 23, 2008 @ 11:36AM |
| NAME OF SERVER *(PRINT)*    Amir Levy | TITLE | Process Server License #1071579 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served:    199 Crossways Park Drive Woodbury, NY 11797

_____

☐ Left copies thereof at the defendantís dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:    _____

☐ Returned unexecuted: _____
_____
_____

■ Other (specify):    Cohen & Slamowitz, LLP Served to Loretta Chedilall authorized to accept service and instructed to do so by one
of the attorneys of the firm.    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $55.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/24/2008
          Date                        Signature of Server

1050 Franklin Ave, Garden City, New York 11530

        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# ORIGINAL

**JUDGE LYNCH**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

RONALD J. GIORDANO

**SUMMONS IN A CIVIL ACTION**

V.

COHEN & SLAMOWITZ, LLP

CASE NUMBER:

**08 CIV 5502**

TO: (Name and address of Defendant)

COHEN & SLAMOWITZ, LLP
199 CROSSWAYS PARK DRIVE
WOODBURY, NY 11797

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RANDALL S. NEWMAN, P.C.
40 WALL STREET, 61ST FLOOR
NEW YORK, NEW YORK  10005

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 8 2008

CLERK

DATE

(By) DEPUTY CLERK