UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RONALD J. GIORDANO,                                    Index No. 08-cv-5502

                Plaintiff,

   - against -                                                          **RULE 7.1 STATEMENT**

COHEN & SLAMOWITZ, LLP,

                Defendant.
------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the corporate defendant is not publicly held and has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: New York, New York
       August 11, 2008

                                            CLAUSEN MILLER P.C.

                                 By: _____
                                       Brian S. Gitnik, Esq. (BSG3766)
                                       Attorney for Defendant
                                       COHEN & SLAMOWITZ, LLP
                                       One Chase Manhattan Plaza, 39th Fl.
                                       New York, New York 10005
                                       (212) 805-3900
                                       File No.: 28-1295-00-6

TO:   **RANDALL S. NEWMAN, P.C.**
       Randall S. Newman, Esq.
       Attorney for Plaintiff
       40 Wall Street, 61st Floor
       New York, New York 10005
       (212) 797-3737