UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
RONALD J. GIORDANO,                                    Index No. 08-cv-5502

                Plaintiff,

- against -                                            **NOTICE TO TAKE
                                                     DEPOSITION UPON
COHEN & SLAMOWITZ, LLP,                                ORAL EXAMINATION**

                Defendant.
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant COHEN & SLAMOWITZ, LLP will take the deposition upon oral examination of RONALD J. GIORDANO, before a Notary Public or some other officer duly authorized to administer oaths, to be recorded stenographically, on November 13, 2008 at the offices of CLAUSEN MILLER, PC, One Chase Manhattan Plaza, New York, New York 10005, commencing at 10:00 a.m. and continuing from day to day until completion.

Dated: New York, New York
       August 11, 2008

                                                  **CLAUSEN MILLER P.C.**

                                         By: _____
                                             Brian S. Gitnik, Esq. (BSG3766)
                                             Attorney for Defendant
                                             COHEN & SLAMOWITZ, LLP
                                             One Chase Manhattan Plaza, 39th Fl.
                                             New York, New York 10005
                                             (212) 805-3900
                                             File No.: 28-1295-00-6

TO:    **RANDALL S. NEWMAN, P.C.**
        Randall S. Newman, Esq.
        Attorney for Plaintiff
        40 Wall Street, 61st Floor
        New York, New York 10005
        (212) 797-3737