UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RONALD J. GIORDANO,

                Plaintiff,

   -against-

COHEN & SLAMOWITZ, LLP,

               Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

08 Civ. 5502 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

     The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated:  New York, New York
         August 20, 2008

                                                _____
                                                GERARD E. LYNCH
                                                United States District Judge